**Order entered December 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01044-CV

**KIMLEY-HORN AND ASSOCIATES, INC., Appellant**

**V.**

**WESTERN RIM PROPERTY SERVICES, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03270**

## ORDER

Before the Court is appellant's December 2, 2019 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **January 2, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE